IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HUGUETTE NICOLE YOUNG,

   Plaintiff,

     v.

KEISHA LANCE BOTTOMS
in her official capacity as mayor of
Atlanta, Georgia,

   Defendant.

CIVIL ACTION FILE
NO. 1:20-CV-4431-TWT

## ORDER

This is a pro se action seeking to enjoin the Mayor of the City of Atlanta from enforcing a mask requirement. It is before the Court for a frivolity determination. A claim is frivolous "where it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). A complaint may be dismissed for failure to state a claim on which relief may be granted when it appears beyond doubt that the plaintiff can prove no set of facts in support of her claim which would entitle her to relief. *Scheuer v. Rhodes*, 416 U.S. 232, 236 (1974).

In order to establish standing, the Plaintiff must satisfy three elements. First, the Plaintiff must have suffered an "injury in fact"—an invasion of a legally protected interest which is (a) concrete and particularized and (b) actual or imminent, not conjectural or hypothetical. *Lujan v. Defenders of Wildlife*,

504 U.S. 555, 560 (1992). Second, there must be a causal connection between the injury and the conduct complained of—the injury has to be fairly traceable to the challenged action of the defendant. *Id.* Third, it must be "likely," as opposed to merely "speculative," that the injury will be redressed by a favorable decision. *Id.*

The Plaintiff's principal complaint is that "it is likely that unsanitary face mask mandates facilitate the spread of Covid-19 and other diseases throughout the public, increasing risks to the plaintiff and others …." [Doc. 6, at 1-2]. The Plaintiff is a resident of Junction City, Oregon. She fails to allege any facts in her 64 page Complaint that would show an actual injury to her in Oregon from the enforcement of a mask ordinance in Atlanta, Georgia. The mere possibility that she might seek "new work opportunities" in Atlanta is too speculative and conjectural to support standing. In fact, she suggests that she will not come back to Atlanta as long as there is a mask requirement. In addition, her claim that the mask requirement violates her right of freedom of expression by blocking her ability to communicate audibly, clearly and expressively is frivolous. She alleges no special impediment that would prevent her from speaking through a face mask as millions of people do every day. There is no constitutional right to be seen smiling while talking. If there was, she could wear a transparent face shield. This action is DISMISSED as frivolous.

SO ORDERED, this 3 day of November, 2020.

        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        United States District Judge